**Fill in this information to identify the case:**

Debtor 1: Erika Rodela

Debtor 2 (Spouse, if filing): David Guzman

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 25-09148

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC

**Court claim no.** (if known): 23

**Last 4 digits** of any number you use to Identify the debtor's account: 6747

**Date of payment change:** Must be at least 21 days after date of this notice: 08/01/2026

**New total payment** Principal, interest, and escrow, if any: $4,953.28
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

❑ No
■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment:** $1,539.71 **New escrow payment:** $1,396.04

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

■ No
❑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate** ______ % **New interest rate:** ______ %

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

■ No
❑ Yes.

**Current HELOC payment:** $ ______

**Reconciliation Amount:** + $_____ OR - $_____

Debtor 1 Erika Rodela
First Name Middle Name Last Name

Case number *(if known)* 25-09148

**Amount of next payment (including reconciliation amount)** $ ____________

**Amount of the new payment thereafter (without reconciliation amount)** ____________

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
❑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: ____________

**Current mortgage payment:** $ ____________ **New mortgage payment:** $ ____________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

x /s/ Terri M. Long
Signature

Date July 1, 2026

Print Terri M. Long
First Name Middle Name Last Name

Title Attorney for Valon Mortgage, Inc., as Attorney-in-Fact for Lakeview Loan Servicing, LLC

Company Codilis & Associates, P.C.

Address 15W030 North Frontage Road, Suite 100
Number Street

Burr Ridge IL 60527
City State ZIP Code

Contact phone (630) 794-5300

Email bkpleadingsNORTHERN@il.cslegal.com

CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, a true and correct copy of the above and foregoing documents shall be served via electronic means, if available, otherwise by regular, first class mail on July 1, 2026 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

Thomas H. Hooper, Chapter 13 Trustee, Office of the Chapter 13 Trustee 150 N Michigan Ave Suite 3800, Chicago, IL 60601 by ECF Notice
Erika Rodela, David Guzman, Debtors, 8929 Doral Lane, Orland Park, IL 60462
David H Cutler, Attorney for Debtors, 4131 Main St., Skokie, IL 60076 by ECF Notice
Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by ECF Notice

/s/ Terri M. Long
Attorney for Valon Mortgage, Inc., as Attorney-in-Fact for Lakeview Loan Servicing, LLC

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
Juanita M. Deaver SBOT#24126385
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
14-26-01622

NOTE: This law firm is a debt collector.

**Erika Rodela**

8929 DORAL LN
ORLAND PARK, IL 60462

| | |
|---|---|
| Loan Number | [redacted] |
| Disclosure Date | 06/22/2026 |
| Borrowers | David Guzman<br>Maria De Guzman<br>Erika Rodela |

**Bankruptcy Message**

**OUR RECORDS REFLECT THAT THE LOAN HAS BEEN IMPACTED BY A BANKRUPTCY FILING. THIS NOTICE IS BEING SENT FOR COMPLIANCE AND INFORMATIONAL PURPOSES. IF YOU ARE IN AN ACTIVE BANKRUPTCY CASE, YOU ARE PROTECTED BY THE AUTOMATIC STAY AND THE INFORMATION CONTAINED IN THIS NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU. IF YOU RECEIVED A DISCHARGE IN A BANKRUPTCY, ANY PAYMENTS MADE BY YOU, ON THE LOAN, ARE VOLUNTARY. AFTER A BANKRUPTCY DISCHARGE IMPACTING THE LOAN, ANY INTEREST IS LIMITED TO THE PROPERTY ONLY, AND NOT YOU PERSONALLY. THE INFORMATION CONTAINED IN THIS COMMUNICATION IS NOT AN ATTEMPT TO REVIVE PERSONAL LIABILITY ON A DISCHARGED DEBT OR TO COLLECT A DEBT FROM YOU PERSONALLY.**

**IF YOU HAVE AN ACTIVE CHAPTER 13 BANKRUPTCY PLAN WHICH REQUIRES YOU MAKE PAYMENTS DIRECTLY TO THE TRUSTEE, DO NOT SEND THE PAYMENTS TO VALON. PLEASE SEND THE PAYMENTS TO THE TRUSTEE, IN ACCORDANCE WITH YOUR BANKRUPTCY PLAN. SHOULD YOU HAVE QUESTIONS, PLEASE CONTACT YOUR BANKRUPTCY ATTORNEY OR THE TRUSTEE. IF YOU WANT TO STOP RECEIVING STATEMENTS, PLEASE CONTACT US.**

# Escrow Analysis and Payment Update

## Why am I receiving this statement?

We've performed a review of the escrow account. Money is deposited into the escrow account through a monthly escrow payment, and we use that money to pay yearly property tax and insurance costs.

Property tax and insurance bills can change over time, which will impact the amount that needs to be contributed to the escrow account. To calculate the monthly escrow payment, we estimate how much taxes and/or insurance are owed over the next year, and then make sure that the payment will cover the required amount.

## Payment Updates

**The new monthly mortgage payment, starting August 1, 2026:**

**$4,953.28**

Updated Monthly Payment Amount

| | Current Payment | New Payment Starting Aug 2026 |
|---|---|---|
| Principal & Interest | $3,557.27 | $3,557.27 |
| Escrow Payment | $1,539.71 | $1,396.01 |
| **Total monthly payment amount** | **$5,096.98** | **$4,953.28** |

**Here is what we found:**

**$4,233.71**

Surplus Amount

- Taxes and/or insurance costs have changed, and we project that the escrow account will go above the minimum balance required in Aug 2026 by $4,233.71.
- To address this surplus, we'll send a check for the surplus amount to the trustee for distribution.
- See the next page for a detailed look at how we calculated the new monthly payment.

## How was the new monthly escrow payment calculated?

**1 We project escrow disbursements for the next 12 months**

To calculate escrow disbursements, we've added together the projected tax and insurance costs that need to be paid over the next 12 months. A change to the escrow payment is generally the result of rate changes determined by tax authorities and insurance providers.

| Escrow disbursements | Previous year projection<br>Not available | Next year projection<br>Aug 2026 to Jul 2027 | Difference |
|---|---|---|---|
| County Taxes | N/A* | **$8,862.38** | N/A |
| PMI | N/A* | **$5,306.76** | N/A |
| Property Insurance | N/A* | **$2,583.00** | N/A |
| **Total disbursements** | N/A* | **$16,752.14** | N/A |
| Total disbursements split by 12 months | N/A* | **$1,396.01** | N/A |

*Data is not available for this analysis period.

**2 We calculate whether there will be any projected shortage or surplus in the account**

To determine whether the account will have a shortage or surplus, we look at the lowest projected balance the escrow account will reach in the upcoming year and see if that amount is greater or less than the minimum balance required to be in the account. Generally, the escrow account always needs a cash reserve equal to at least 2 monthly escrow payments. We then subtract the minimum balance required from the lowest projected balance. A positive amount is a surplus, while a negative amount is a shortage.

| | | |
|---|---|---|
| Lowest Projected Escrow Balance (Aug 2026)<br>The date the escrow account is scheduled to reach its lowest projected balance | | $7,025.73 |
| Minimum Balance Required<br>Equal to 2 monthly escrow payments, and must always remain in the account as a cash reserve | — | $2,792.02 |
| **Total annual surplus** | = | **$4,233.71** |

*We've calculated the lowest projected escrow balance and shortage amount in more detail in the escrow account projections on the next page.*

**3 We then divide the projected escrow disbursements by 12. This will be the new monthly escrow payment amount.**

**$1,396.01**

Monthly escrow payment ($16,752.14 split by 12 months)

A check for the $4,233.71 surplus will be sent to the trustee for distribution.

# Detailed Account Projections and History

## Escrow Account Projections from Aug 2026 to Jul 2027

The amounts highlighted in the boxes below indicate the month with the lowest projected escrow balance and minimum required balance.

| Month | Payments to Escrow | Payments from Escrow | Description | Projected Balance | Required Balance |
|---|---|---|---|---|---|
| | | | **Starting Balance** | $9,884.85 | - |
| Aug 2026 | $1,396.01 | $4,255.13 | County Taxes, PMI | $7,025.73 | $2,792.02 |
| Sep 2026 | $1,396.01 | $442.23 | PMI | $7,979.51 | $3,745.80 |
| Oct 2026 | $1,396.01 | $442.23 | PMI | $8,933.29 | $4,699.58 |
| Nov 2026 | $1,396.01 | $442.23 | PMI | $9,887.07 | $5,653.36 |
| Dec 2026 | $1,396.01 | $442.23 | PMI | $10,840.85 | $6,607.14 |
| Jan 2027 | $1,396.01 | $442.23 | PMI | $11,794.63 | $7,560.92 |
| Feb 2027 | $1,396.01 | $442.23 | PMI | $12,748.41 | $8,514.70 |
| Mar 2027 | $1,396.01 | $5,491.71 | County Taxes, PMI | $8,652.71 | $4,419.00 |
| Apr 2027 | $1,396.01 | $442.23 | PMI | $9,606.49 | $5,372.78 |
| May 2027 | $1,396.01 | $3,025.23 | PMI, Property Insurance | $7,977.27 | $3,743.56 |
| Jun 2027 | $1,396.01 | $442.23 | PMI | $8,931.05 | $4,697.34 |
| Jul 2027 | $1,396.01 | $442.23 | PMI | $9,884.83 | $5,651.12 |
| **Total** | **$16,752.12** | **$16,752.14** | | | |

## Escrow Account Activity from 03/01/2026 to 06/22/2026

| | Deposits to Escrow | | Payments from Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| **Month** | **Projected*** | **Actual** | **Projected*** | **Actual** | **Description** | **Projected*** | **Actual** |
| Mar 2026 | N/A* | $1,539.71 | N/A* | $5,049.48 | Loan Transferred to Valon, County Taxes | N/A* | $8,077.93 |
| Apr 2026 | N/A* | $1,539.71 | N/A* | $3,025.23 | PMI, Property Insurance | N/A* | $6,592.41 |
| May 2026 | N/A* | $1,539.71 | N/A* | $442.23 | PMI | N/A* | $7,689.89 |
| 06/01/26-06/22/26 | N/A* | $1,539.71 | N/A* | $442.23 | PMI | N/A* | $8,787.37 |
| 06/22/26-06/30/26 Δ | $0.00 | - | $0.00 | - | - | $8,787.37 | - |
| Jul 2026 Δ | $1,539.71 | - | $442.23 | - | PMI | $9,884.85 | - |
| **Total** | | **$6,158.84** | | **$8,959.17** | | | |

*Data is not available for this analysis period.

Δ These are escrow deposit or disbursement estimates that we expect to occur before the effective date of the new monthly escrow payment.

# Important Disclosure Information

Principal Balance as of March 01, 2026: $536,244.17
Principal Balance as of June 22, 2026: $530,120.01
Total amount paid towards your loan's principal balance during this period: $6,124.16

Valon Mortgage, Inc. is a residential mortgage servicer (NMLS [redacted]). Copyright © 2026 Valon Mortgage, Inc.

### Legal Notices

If you are in an active bankruptcy case, you are protected by the automatic stay and the information contained in this notice is not an attempt to collect a debt from you. If you received a discharge in a bankruptcy, any payments made by you, on the loan, are voluntary. After a bankruptcy discharge impacting the loan, any interest is limited to the property only, and not you personally. The information contained in this communication is not an attempt to revive personal liability on a discharged debt or to collect a debt from you personally.

To submit a Notice of Error or Request for Information concerning your account, please send a letter to the following address that includes: the name(s) on the account, the loan number (or any other information to help us identify the loan), and the specific information you are requesting or error you believe occurred.

Valon Mortgage, Inc.
6300 Riverside Plaza Ln NW Ste 118[redacted]
Albuquerque, NM 87120

Questions? Visit our escrow help center at

**www.valon.com/escrow**

use the link to see escrow resources and FAQs